In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Lands for the Improvement of the Water Front.

WILLIAM P. COLLINS et al., as Executors of WILLIAM COLLINS, Deceased, Respondents.

*Matter of City of New York (Collins)*, 118 App. Div. 865, affirmed. (Submitted May 24, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1907, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*William B. Ellison*, Corporation Counsel (*Theodore Connoly*, *Charles D. Olendorf* and *Thomas F. Noonan* of counsel), for appellant.

*Joel J. Squier* and *James A. Deering* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.